# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 716CR15

v.

DATE: 4/13/16

Orlando Sanchez

TYPE OF HEARING: IA - ARR

*********************************************************************************

### PARTIES:

1.  Robert S. Ballou
2.  Andrew Bassford AUSA
3.  Fay Spence FPD
4.  Orlando Sanchez, deft
5.  -
6.  _____
7.  _____
8.  _____
9.  _____
10. _____

*********************************************************************************

Recorded by: __K. Brown__

Time in Court: 9 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 11:08 | 1 | | 1 | | | | | | |
| | 4 | 11:16 | 1 | | | | | | |
| | 1 | 11:17 | 1 | | | | | | |
| | 3 | | | | | | | | |
| 11:11 | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| | 1 | | | | | | | | |
| 11:12 | 2 | | | | | | | | |
| | 4 | | | | | | | | |
| 11:15 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| 11:15 | 1 | | | | | | | | |
| | 4 | | | | | | | | |