CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 23 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>VOLUNTARY DISCLOSURES )<br>IN FIFTY-FIVE CLOSED CASES )<br>) | By: Hon. Michael F. Urbanski<br>Chief United States District Judge |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, nonparty BH Media Group, Inc.'s Petition for Leave to Intervene and Oppose Sealing Motion, United States v. Keegan, 7:14-cr-00029-MFU (W.D. Va. June 11, 2018), ECF No. 57, is **GRANTED**. Nonparty Craig Frye's Motion to Seal Exhibit's [sic] Attached to His Reply in Support of His Motion to Intervene, United States v. Keegan, 7:14-cr-00029-MFU (W.D. Va. May 14, 2018), ECF No. 44, and Motion to Seal Frye's Reply in Support of Motion to Intervene, United States v. Keegan, 7:14-cr-00029-MFU (W.D. Va. May 14, 2018), ECF No. 47, are **DENIED**.

The clerk is directed to unseal Frye's Reply in Support of Motion to Intervene, United States v. Keegan, 7:14-cr-00029-MFU (W.D. Va. May 14, 2018), ECF No. 43, along with the nineteen attached exhibits.

It is **SO ORDERED**.

Entered: July 23, 2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge